# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

**VICTORIA LANDRUM**　　　　　　　　CASE NO. 1:18-cv-00807

　　　　Plaintiff,　　　　　　　　　　JUDGE: DLOTT

v.

　　　　　　　　　　　　　　　　　　AGREED ORDER

**ABUBAKAR ATIQ DURRANI, M.D., et al,**

　　　　**Defendants.**

Defendants Durrani/CAST having filed a Motion for Judgment on the Pleadings, it is hereby agreed between counsel for the parties hereto, and with the consent of the Court, that the Rule 26(f) joint discovery plan will be submitted to the Court within 30 days after the Court's ruling on the aforementioned motions, should a joint discovery plan be required.

　　　　　　　　　　　　　　　　　　_/s/ Karen L. Litkovitz_
　　　　　　　　　　　　　　　　　　JUDGE

/s/ Benjamin Maraan
Benjamin Maraan　(#0053661)
The Deters Law Firm
441 Vine Street, 44th Floor
Cincinnati, OH 45202
bmaraanlaw@yahoo.com
Attorney for Plaintiffs

/s/ Robert A. Winter, Jr.
Robert A. Winter, Jr.　(#0038673)
P. O. Box 175883
Fort Mitchell, KY 41017-5883
Robertawinterjr@gmail.com
Attorney for Plaintiffs