IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| Victoria Landrum, | : | |
| | : | Case No. 1:18-cv-807 |
| Plaintiff, | : | |
| | : | Judge Susan J. Dlott |
| v. | : | |
| | : | Order Denying Motion in Limine without |
| Abubakar Atiq Durrani, | : | Prejudice to Refiling |
| | : | |
| Defendant. | : | |

Pending before the Court is Defendant's Motion in Limine filed on January 1, 2024. (Doc. 92.) Defendant filed the Motion when this case was set for trial on Monday, January 22, 2024. The Court had to postpone that trial date. In consultation with the parties, the trial date was reset for September 16, 2024 and then for May 19, 2025. The Court recently vacated the May 19, 2025 trial date because a potentially dispositive question regarding the tolling of the statute of repose is being litigated again in the Ohio state courts. (Doc. 105.)

Given the uncertainty of a trial date in this matter, and the likelihood that the law, the facts, and the witnesses relevant to the Motion in Limine have changed, the Motion is Limine (Doc. 92) is **DENIED WITHOUT PREJUDICE TO REFILING.**

    **IT IS SO ORDERED.**

BY THE COURT:

*Susan J. Dlott*
Susan J. Dlott
United States District Judge